# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134076(51)

DWIGHT RESPESS,
        Plaintiff-Appellant,

v

IRWIN MORTGAGE CORPORATION and
ROSS MORTGAGE CORPORATION,
        Defendants-Appellees.

SC: 134076
COA: 273902
Monroe CC: 06-021871-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's September 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

d1217